# United States Bankruptcy Court
For The
District of Maryland/Northern Division

**IN RE:** JAHARI MICHELLE ADJIRI
5624 STONINGTON AVENUE
GWYNN OAK, MD 21207

Case No: 19-14390-MMH
Judge: Michelle M. Harner
Date: 6/11/2021

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 001 | PINNACLE CREDIT SERVICES LLC / RESURGENT CAPITAL SVCS<br>PO BOX 10587 / GREENVILLE, SC 29603<br>Acct: 5144<br>Comment: | 578.98 | Unsecured |
| 002 | INTERNAL REVENUE SERVICE / CENTRALIZED INSOLVENCY OFFI<br>PO BOX 7346 / PHILADELPHIA, PA 19101-7346<br>Acct: 6683<br>Comment: | 2,597.28 | Priority |
| 002 | INTERNAL REVENUE SERVICE / CENTRALIZED INSOLVENCY OFFI<br>PO BOX 7346 / PHILADELPHIA, PA 19101-7346<br>Acct: 6683<br>Comment: | 3,491.84 | Unsecured |
| 003 | EDUCATIONAL CREDIT MANAGEMENT / PO BOX 16408<br>ST PAUL, MN 55116-0478<br>Acct: 6683<br>Comment: | 8,261.37 | Unsecured |
| 004 | US BANK NATIONAL ASSOCIATION / SN SERVICING CORPORATIOI<br>323 FIFTH STREET / EUREKA, CA 95501<br>Acct: 4241<br>Comment: TSF 5/14/20 | 29,124.31 | Secured |
| 005 | LVNV FUNDING LLC / RESURGENT CAPITAL SERVICES<br>PO BOX 10587 / GREENVILLE, SC 29603-0587<br>Acct: 5476<br>Comment: | 185.52 | Unsecured |
| 006 | MAYOR & CITY COUNCIL OF BALTIMORE / 200 HOLLIDAY ST - RM<br>BALTIMORE, MD 21202<br>Acct:<br>Comment: | 751.33 | Secured |
| 007 | MAYOR & CITY COUNCIL OF BALTIMORE / 200 HOLLIDAY ST - RM<br>BALTIMORE, MD 21202<br>Acct:<br>Comment: | 180.00 | Secured |
| 008 | COMPTROLLER OF THE TREASURY / COMPLIANCE DIVISION/INDI<br>301 W PRESTON STREET #409 / BALTIMORE, MD 21201-2383<br>Acct: 6683<br>Comment: | 2,514.00 | Unsecured |
| 009 | US DEPARTMENT OF EDUCATION / PO BOX 16448<br>ST PAUL, MN 55116-0448<br>Acct: 6683<br>Comment: | 42,021.47 | Unsecured |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

IN RE: JAHARI MICHELLE ADJIRI
5624 STONINGTON AVENUE
GWYNN OAK, MD 21207

Case No: 19-14390-MMH
Judge: Michelle M. Harner
Date: 6/11/2021

**NOTICE OF FILED CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 010 | CHASE AUTO / PO BOX 901003<br>FORT WORTH, TX 76101-2003 | | DirectPay<br>.00 |
| | Acct: | | |
| | Comment: OUTSIDE PER PLAN | | |
| 011 | DEBT RECOVERY SOLUTIONS / 900 MERCHANTS CONCOURSE #1<br>WESTBURY, NY 11590-5114 | None | Not Filed<br>.00 |
| | Acct: | | |
| | Comment: | | |
| 012 | TRIDENT ASSET MANAGEMENT / 53 PERIMETER CENTER #4<br>ATLANTA, GA 30346 | None | Not Filed<br>.00 |
| | Acct: | | |
| | Comment: | | |
| | Total | 89,706.10 | |

JEFFREY M SIRODY ESQ                                  3,125.00        Debtor's Attorney
1777 REISTERSTOWN RD #360 E
BALTIMORE, MD 21208-0000

Pursuant to 11 U.S.C. 502 (a), the filed claims are deemed allowed for purposes of distribution and shall be paid if provided for under the plan.
DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

/s/ Robert S. Thomas, II
Robert S. Thomas, II, Trustee
300 E. Joppa Road, Suite 409
Towson, MD 21286

I hereby certify that on 06/11/2021 a copy of this Notice was served on the Debtor(s) by regular mail, postage prepaid. I further certify that a copy of this notice was served on the attorney for the Debtor(s) electronically through the Court's ECF system on the date this Report was uploaded for filing.

/s/ Robert S. Thomas, II
Robert S. Thomas, II, Trustee